Eastern District of Kentucky
**FILED**

OCT 25 2018

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:18-56-CHB

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | **MOTION OF UNITED STATES FOR ISSUANCE OF ARREST WARRANT** |
| ROBERT CHRISTOPHER ENGLAND | DEFENDANT |

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, ROBERT CHRISTOPHER ENGLAND, returnable forthwith.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: _____
Jenna E. Reed
Assistant United States Attorney
601 Meyers Baker Rd.  Suite 200
London, KY  40741
(606) 330-4829
FAX (606) 864-3590
jenna.reed@usdoj.gov