Eastern District of Kentucky
**FILED**

OCT 25 2018

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:18-56-CHB-1

UNITED STATES OF AMERICA                      PLAINTIFF

V.      **ORDER FOR ISSUANCE OF ARREST WARRANT**

**ROBERT CHRISTOPHER ENGLAND**                  DEFENDANT

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of an arrest warrant is GRANTED, and an arrest warrant is ISSUED for the Defendant, ROBERT CHRISTOPHER ENGLAND.

On this 25th day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:     United States Marshal
              United States Probation
             Jenna E. Reed, Assistant United States Attorney