UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CRIMINAL NO. 18-cr-56

**ELECTRONICALLY FILED**

UNITED STATES OF AMERICA,                                                         PLAINTIFF,

**REQUEST PURSUANT TO FRCP 16(a)(1)(G)**

VS.

ROBERT CHRISTOPHER ENGLAND,                                              DEFENDANT.

 Comes the Defendant by counsel and pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) requests that the Government disclose to the defendant a written summary of the testimony that the Government intends to use under Rule 702, 703 or 705 of the Federal Rules of Evidence during its case in chief at trial.

DATED: October 31, 2018   /s/ Travis A. Rossman
               Travis A. Rossman
               ROSSMAN LAW, PLLC
               220 Court Square
               P.O. Box 209
               Barbourville, KY 40906
               Tel.: 606.546.2242
               Fax: 606.545.5284
               E-mail: travisrossman@hotmail.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing has been electronically filed with the Clerk of the Court, and served upon all counsel of record on October 31, 2018 by using the CM/ECF system.


                                        s/         Travis A. Rossman
                                        COUNSEL FOR DEFENDANT